JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN FOREMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRST EXPEDITED, INC. dba CRST THE TRANSPORTATION SOLUTION, INC., an Iowa Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:25-cv-02045-JGB-SP<br><br>(*Previously Riverside Superior Court, Case No. CVRI2503051*)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>*[Filed concurrently with [Joint Stipulation for Dismissal with Prejudice of Entire Action]*<br><br>Complaint Filed: May 30, 2025<br>Trial Date:       None set |

**IT IS ORDERED THAT:**

The Parties' Joint Stipulation for Dismissal with prejudice pursuant to FRCP 41(a)(1)(a)(ii) requesting dismissal of this entire action with prejudice is

///

///

///

///

///

1
ORDER FOR DISMISSAL
WITH PREJUDICE OF ENTIRE ACTION

**GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party being their own attorney's fees and costs.

Dated: April 16, 2026

The Honorable Jesus G. Bernal

[PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE OF ENTIRE ACTION

FP 63405116.1

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On April 16, 2026 I served the foregoing document entitled: **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**, on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Joshua I. White, Esq. | *Attorneys for Plaintiff,* |
| Pola Bernabe, Esq. | *DYLAN FOREMAN* |
| Zdenka Salazar, Esq. | |
| LAUREL EMPLOYMENT LAW | |
| 808 Wilshire Boulevard, Suite 200 | |
| Santa Monica, California 90401 | |
| Telephone:  (323) 551-9221 | |
| Email:        josh@laurelemploymentlaw.com | |
|                    pola@laurelemployementlaw.com | |
|                    Zdenka@laurelemploymentlaw.com | |
| 569b2ce39+matter1806751834@maildrop.clio.com | |

☒    **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed April 16, 2026 at Los Angeles, California.

Pauletta James                          By:          */s/ Pauletta James*
Print Name                                                      Signature

CERTIFICATE OF SERVICE

FP 63405116.1